No. 00–292. C & L ENTERPRISES, INC. v. CITIZEN BAND POTAWATOMI INDIAN TRIBE OF OKLAHOMA. Ct. Civ. App. Okla. [Certiorari granted, ante, p. 956.] Motion of San Manuel Band of Serrano Mission Indians for leave to file a brief as amicus curiae

granted. Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted. Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.